**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**

**Plaintiff,**

**v.** **Case No: 6:26-cv-179-JA-DCI**

**KITE TECHNOLOGY USA, INC.,**

**Defendant.**

/

# ORDER

Pending before the Court is Defendant's "Amended Motion for (1) Court Ruling on Non-Party's Rule 30(b)(6) Corporate Representative Instructions not to Answer Questions at Deposition; (2) for Continued Deposition at Non-Party's Cost; and (3) for Fees and Costs." Doc. 34. The request relates to the deposition of the Rule 30(b)(6) representative for HUB International Midwest Limited (HUB). *Id.* Defendant has also filed a Motion to Compel Plaintiff to Provide Better Responses to the Second Request for Production (Doc. 35) and a Motion to Compel Plaintiff to Serve Better Responses to First Discovery Requests (Doc. 40). On September 22, 2026, the Court conducted a hearing on the discovery disputes.

For the reasons stated at the hearing, it is **ORDERED** that:

1. Defendant's Motion (Doc. 34) is **GRANTED in part** to the extent that **on or before October 2, 2026**, HUB's Rule 30(b)(6) corporate representative shall provide a written response to the questions raised at page 30, line 14; page 56, line 18; page 58, line 2; and page 167, line 23 of the corporate representative's deposition (Doc. 34-3). The remainder of the Motion (Doc. 34) is **DENIED**, including any request for expenses. *See* Fed.R.Civ.P. 37(a)(5)(C);

2. Defendant's Motion (Doc. 35) is **GRANTED in part** to the extent that **on or before October 12, 2026**, Plaintiff shall provide: (1) documents responsive to the Second Request for Production of Documents (*see* Doc. 35-2) with the exception of documents withheld on the basis of attorney-client privilege or the work product doctrine; and (2) an amended privilege log to identify the discovery request that relates to each logged document. The remainder of the Motion (Doc. 35) is **DENIED**, including any request for expenses. *See* Fed.R.Civ.P. 37(a)(5)(C); and

3. Defendant's Motion (Doc. 40) is:

    a. **GRANTED in part** to the extent that **on or before October 12, 2026**, Plaintiff shall provide: (1) responses to Defendant's First Interrogatories Nos. 2, 2(A), 12, 13, and 19; (2) responsive documents to Defendant's First Request for Production of Documents Nos. 2, 10, 14, 15, 18, 21, and 24; and (3) an amended privilege log to identify the discovery request that relates to each logged document;

    b. **DENIED without prejudice** with respect to Defendant's request to compel documents identified in the Motion with a specific Bates number (*see* Doc. 40 at 3) to allow Plaintiff to produce the amended privilege log and for the parties to further confer on this issue. If a dispute remains after conferral and production of the amended log and Defendant seeks to renew the request for relief on this issue, **on or before November 6, 2026**, Defendant shall file the renewed motion to compel in compliance with Local Rule 3.01(b). If Defendant files the renewed motion to compel, Plaintiff may file a response in compliance with Local Rule 3.01(c), (d); and

c. **DENIED** to the extent Defendant requests additional relief, including any request for expenses. *See* Fed.R.Civ.P. 37(a)(5)(C).

Ordered in Orlando, Florida on September 22, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy